UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDES PETROLEUM ECUADOR LTD., <br><br> *Petitioner*, <br><br> -against- <br><br> OCCIDENTAL EXPLORATION AND PRODUCTION COMPANY, <br><br> *Respondent*. | Case No. 1:23-cv-06992 (LAP) <br><br> **ORDER EXTENDING TIME TO RESPOND TO PETITION TO CONFIRM ARBITRATION AWARD** |

## ORDER

On August 30, 2023, Petitioner Andes Petroleum Ecuador Ltd. ("Andes") and Respondent Occidental Exploration and Production Company ("OEPC") filed a Stipulation of Extension of Time To Respond to Andes' Petition To Confirm Arbitration Award, (ECF No. 1, the "Petition"), wherein the parties agreed to extend the time for OEPC to respond to Andes' Petition in the above-captioned matter. The Court, having reviewed the stipulation, and finding good cause therefor, hereby GRANTS the request to extend OEPC's time to respond to the Petition and hereby ORDERS that OEPC's answer or other response to the Petition is due on or before September 14, 2023.

Dated:   August 31, 2023
         New York, New York

_Loretta A. Preska_
United States District Judge