UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANDES PETROLEUM ECUADOR LTD., *Petitioner*, v. OCCIDENTAL EXPLORATION AND PRODUCTION COMPANY, *Respondent*. | Civil Action No. 1:23-cv-06992-LAP **ORDER EXTENDING TIME TO RESPOND** |

# ORDER

On September 20, 2023, Petitioner Andes Petroleum Ecuador Ltd. ("Andes") and Respondent Occidental Exploration and Production Company ("OEPC," and together with Andes the "Parties"), filed a Stipulation of Extension of Time for Andes to file a reply in further support of its Petition to Confirm Arbitration Award (ECF No. 1, the "Petition") and an opposition to OEPC's Cross-Petition to Vacate and Motion to Defer Rulings (ECF Nos. 25–26, the "Cross-Petition"), wherein the Parties agreed to extend the time for Andes to file both a reply in further support of its Petition and an opposition to the Cross-Petition in the above-captioned matter. The Court, having reviewed the stipulation, and finding good cause therefor, hereby GRANTS the request to extend Andes' time to file a reply in further support of its Petition and an opposition to the Cross-Petition and hereby ORDERS that Andes' reply in further support of its Petition and its opposition to the Cross-Petition are due on or before October 12, 2023.

Dated: September 27, 2023
New York, New York

/s/ Alvin Hellerstein
Alvin K. Hellerstein, District Judge

1